IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| ROBERT L. JOHNSON, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 06-0089-BH-C |
| LEVAN THOMAS, | : | |
| Defendant. | : | |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a de novo determination of those portions of the Report and Recommendation to which objection is made (Doc. 17), the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court. Although plaintiff contends that he paid a partial filing fee in February, his case is being dismissed for his failure to comply with an Order entered on April 26, 2006 (Doc. 15) to pay a $7.00 filing fee by May 16, 2006. It is therefore **ORDERED** that this action be and is hereby **DISMISSED WITHOUT PREJUDICE** for failure to comply with the Court's orders. A judgment of dismissal shall be separately entered.

In addition to the pending Report and Recommendation addressed above, this action is before the Court on plaintiff's second motion for a transcript (Doc. 19) which, to the extent the Court can interpret this motion, plaintiff merely seeks a copy of the docket sheet inasmuch as no recorded hearings have been conducted.  In this regard, the Clerk of the Court is hereby directed to send a copy of the docket sheet to the plaintiff.  To the extent plaintiff may seek any other "transcript," plaintiff's motion be and is hereby **DENIED**.

Finally, plaintiff has simultaneously submitted a notice of appeal (Doc. 18) directed to both this Court[1] and to the Eleventh Circuit Court of Appeals.  This notice of appeal relates to the dismissal recommended by the Magistrate Judge in the aforementioned Report and Recommendation and is, therefore, premature and **STRICKEN**.  Should the plaintiff desire to appeal to the Eleventh Circuit from the judgment of dismissal entered this day, he must hereafter timely file an appropriate notice of appeal.

**DONE** this 13th day of June, 2006.

s/ W. B. Hand<br>SENIOR DISTRICT JUDGE

---

[1] To the extent this notice of appeal is directed to this Court, it is merely a second document reflecting plaintiff's objection to the Magistrate Judge's Report and Recommendation.